### 423. BASS v. THE STATE.

HILL, C. J. 1. This court will judicially recognize that the sale of spirituous liquors is prohibited by law in Morgan county. *Combs* v. *State,* 81 *Ga.* 780.

2. There is no specific error of law complained of, and the verdict was fully warranted by the evidence. This court will not disturb the judgment of the superior court overruling the certiorari and refusing a new trial.                *Judgment affirmed.*

Certiorari, from Morgan superior court—Judge Lewis. March 9, 1907.

Submitted April 22,—Decided May 9, 1907.

*M. C. Few,* for plaintiff in error.

*J. E. Pottle, solicitor-general, E. W. Butler,* contra.